IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO: CR 05 89T |
| | ) | In Violation of 8 U.S.C. |
| OSCAR MONTA-REYES; | ) | §§ 1326(a)and (b)(2) |
| a/k/a Oscar Mendez; and | ) | |
| a/k/a Oscar Mota | ) | |

INDICTMENT

The Grand Jury charges that:

On or about July 22, 2005, Defendant OSCAR MONTA-REYES, a/k/a Oscar Mendez, and a/k/a Oscar Mota, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

All in violation of 8 U.S.C. §§ 1326 (a) and (b)(2).

ROBERT CLARK CORRENTE
United States Attorney

Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

RWR
RICHARD W. ROSE
Assistant U.S. Attorney

Date: 8-10-05