**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-89T** **DATE: August 12, 2005**

**TITLE: USA v. Oscar Monta-Reyes**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Richard Rose, AUSA
Ed Roy, Esq.
Heather McLoughlin, Pretrial Services
Jose Kleinberg, Interpreter

**PROCEEDINGS:**

Arraignment and Detention Hearing:

Deft informed of charge & rights.
Deft understands charge & rights.
Court reads indictment.
Deft pleads not guilty.
Arraignment order entered.
Govt requests detention.
No argument.
Deft held at ACI & INS detainer.
Deft remanded to custody.