AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U. S.

v.

Oscar Monta-Reyes

## APPEARANCE

Case Number: CR05-89T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Oscar Monta-Reyes.

I certify that I am admitted to practice in this court.

8-12-05

Date

[signature]

Signature

Edward C.R

Print Name Bar Number

10 WEYBOSSET STREET

Address

PROVIDENCE RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number