1057334

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
AUG 10 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

OSCAR MONTA-REYES

**WARRANT FOR ARREST**

CASE NUMBER: CR05-89T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest OSCAR MONTA-REYES
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL REENTRY

in violation of
Title 8 United States Code, Section(s) 1326(a) and (b)(2)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Theall
Signature of Issuing Officer

August 10, 2005- PROVIDENCE, RI
Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ, returned to ACI | | |
| DATE RECEIVED 08/10/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Chad Wyant |
| DATE OF ARREST 08/12/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.