UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR NO. 05-89T

OSCAR MONTA-REYES :

MOTION TO CONTINUE

Now comes the accused, Oscar Monta-Reyes, by and through his counsel, and moves this Honorable Court to continue the jury empanelment in this matter, currently scheduled for September 20, 2005, until the Court's November empanelment date on the grounds that the defendant was arraigned on August 12, 2005 and we have not yet received discovery or a plea agreement in this matter. Further, from discussions with the defendant, it appears that this case will be a plea and that defense counsel states once he receives the discovery and plea agreement, the matter will be resolved within a week or so of that date.

Respectfully submitted
Oscar Monta-Reyes
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I caused a copy of this Motion to be delivered to Richard Rose, Assistant United States Attorney, on September 6, 2005