UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-89 T

OSCAR MONTA-REYES :

**NOTICE OF INTENTION TO PLEAD GUILTY**

NOW comes the defendant, Oscar Monta-Reyes, and notifies the Court of his intention to plead guilty to the indictment in this matter. Defense counsel has notified the Court that, while the defendant has expressed a willingness to plead guilty to the indictment, additional time is needed in order to explain the process to the defendant, who has little formal education.

OSCAR MONTA-REYES,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to Richard Rose, AUSA on the 11th day of October, 2005.

______________________